Electronic Document&emsp;May 10 2021 15:55:56&emsp;2019-M-01279&emsp;Pages: 3

**Serial: 236455**

## IN THE SUPREME COURT OF MISSISSIPPI

### No. 2019-M-01279

*ANTONIO DANIEL WALLACE A/K/A ANTONIO*       *Petitioner*
*WALLACE A/K/A ANTONIO D. WALLACE*

*v.*

*STATE OF MISSISSIPPI*           *Respondent*

### ORDER

Before the en banc Court is the Objection To En Banc Order filed by Antonio Daniel Wallace.

On February 2, 2021, the Court denied Wallace's request for leave to seek post-conviction relief in the trial court. En Banc Order, ***Wallace v. State***, No. 2019-M-01279 (Miss. Feb. 2, 2021). And it warned Wallace that "any future filings deemed frivolous may result not only in monetary sanctions, but also in restrictions on filing applications for post-conviction collateral relief (or pleadings in that nature) *in forma pauperis*." ***Id.*** at *2.

Wallace objects to the sanctions warning, arguing, in part, that it violates his due-process rights.

Except as provided under M.R.A.P. 27(h)(1)-(8), "[m]otions for reconsideration, vacation or modification of rulings of the Supreme Court . . . on motions are generally not allowed." M.R.A.P. 27(h). What is more, the Court has discussed its authority to impose sanctions. *See* Order, ***Dunn v. State***, 2016-M-01514 (Miss. Nov. 15, 2018).

IT IS, THEREFORE, ORDERED that Wallace's Objection To En Banc Order is

denied.

SO ORDERED.

ALL JUSTICES AGREE TO DENY.

KING, P.J., OBJECTS TO THE ORDER IN PART WITH SEPARATE WRITTEN STATEMENT JOINED BY KITCHENS, P.J.

**DIGITAL SIGNATURE**
**Order#:** 236455
**Sig Serial:** 100003733
**Org:** SC
**Date:** 05/10/2021

_____
Josiah Dennis Coleman, Justice

2

# IN THE SUPREME COURT OF MISSISSIPPI

## NO. 2019-M-01279

Antonio Daniel Wallace a/k/a Antonio
Wallace a/k/a Antonio D. Wallace

v.

State of Mississippi

**KING, PRESIDING JUSTICE, OBJECTING TO THE ORDER IN PART WITH SEPARATE WRITTEN STATEMENT:**

¶1.     Although Antonio Daniel Wallace's application for post-conviction relief lacked merit, I continue to disagree with this Court's warning that future filings may result in monetary sanctions. I incorporate by reference my objection and separate statement to this Court's order, signed Feb. 2, 2021. Order, ***Wallace v. State***, No. 2019-M-01279 (Miss. Feb. 2, 2021) (King, P.J., objecting to the order in part with separate written statement).

**KITCHENS, P.J., JOINS THIS SEPARATE WRITTEN STATEMENT.**